## Gilliland *v.* Dunn & Co.

APPEAL from the Circuit Court of Chambers.
Tried before the Hon. N. D. DENSON.

BARNES & DUKE, for appellant.

GRAHAM & STEINER, for appellee.

This was an action brought by the appellees against the appellant, and counted upon promissory notes.

From a judgment in favor of the plaintiff, the defendant appeal. The judgment is affirmed on the authority of *Gilliland v. Dunn & Co.*, 136 Ala. 327.

Opinion by SHARPE, J.

## Mayor and Aldermen of Birmingham *v.* Durham.

APPEAL from the City Court of Birmingham.
Tried before the Hon. CHAS. A. SENN.

E. D. SMITH, for appellant.

WARD & HOUGHTON, for appellee.

This action was brought by the appellee against the appellant, to recover damages resulting from the polluiton of a stream, by the emptying therein of the sewerage of the city of Birmingham, which stream ran through plaintiff's land.

There was judgment in favor of the plaintiff, assessing has damages at $168. The defendant appeals.

Judgment is affirmed on the authority of *Mayor and Aldermen of Birmingham v. Land*, 137 Ala. 538.

Opinion by DOWDELL, J.